# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **NORWOOD COOK**, | ) |
| | ) Case No. 7:05CV00018 |
| Movant, | ) Case No. 5:02CR30087 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| | ) By: James P. Jones |
| **UNITED STATES OF AMERICA,** | ) Chief United States District Judge |
| | ) |
| Respondent. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the "Motion for Relief from Order" filed in Case No. 7:05CV00018 is construed as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 (West 2006); for administrative purposes only, the Clerk shall also docket the motion as a § 2255 motion in his criminal file, Case No. 5:02CR30087; and the motion is hereby DISMISSED as successive, pursuant to 28 U.S.C.A. § 2255(h).

ENTER: April 22, 2009

/s/ JAMES P. JONES
Chief United States District Judge